UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

Dustin Brian LaRoche,                          )
   Plaintiff-Appellant,                       )
                                   )
v.                                             )   Case No. __26-3007__
                                     )
Lower Brule Sioux Tribe Corporation,           )   NOTICE OF APPEAL
   General Assistance Benefits Program         )
     Defendant-Appellee

Plaintiff Dustin Brian LaRoche hereby gives notice of appeal from the final judgment entered by the Lower Brule Sioux Tribal Court on September 25, 2025, dismissing Civ. #25-09-0082. This appeal is taken pursuant to federal jurisdiction under 28 U.S.C. § 1331 and 25 CFR § 20.100 et seq., as the underlying claims involve federally funded General Assistance programs administered under Bureau of Indian Affairs regulations.

Signed this __6__ day of __November__, 2025

Dustin Brian LaRoche
Pro Se Plaintiff-Appellant
22909 Little Elk Lane
Lot B
Lower Brule, SD 57548

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| Dustin Brian LaRoche,<br>  Plaintiff-Appellant,<br><br>v.<br><br>Lower Brule Sioux Tribe Corporation,<br>  General Assistance Benefits Program<br>    Defendant-Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ___26-3007___<br><br>Appeal from Lower Brule Sioux<br>Tribal Court, Civ. #25-09-0082 |

## I. INTRODUCTION

Plaintiff-Appellant Dustin Brian LaRoche respectfully appeals the dismissal of his complaint by the Lower Brule Sioux Tribal Court. The dismissal was based on inaccurate reasoning unrelated to the original claims, which alleged underpayment of federally funded General Assistance (GA) benefits and misapplication of eligibility standards under 25 CFR § 20.303.

## II. JURISDICTION

This Court has jurisdiction under:
  28 U.S.C. § 1331 – Federal question jurisdiction
  25 CFR § 20.100 et seq. – Governing tribal administration of GA programs
  Public Law 104-193 – Mandating use of state TANF rates in GA eligibility

## III. STATEMENT OF FACTS

Plaintiff began receiving GA benefits on December 6, 2023 at $210/month.
On March 5, 2024, benefits increased to $488/month after recognition as head of household.
Plaintiff was already designated head of household under SNAP as of October 1, 2021.
Tribal court dismissed the complaint on September 25, 2025, citing jurisdictional issues with SNAP/EBT—though Plaintiff's claims were based on GA eligibility and payment standards.

## IV. LEGAL CLAIMS

Misclassification of Eligibility – Violation of 25 CFR § 20.303
Inconsistent Application of Federal Standards – Violation of 25 CFR § 20.100 et seq.

## V. RELIEF REQUESTED

Reversal of tribal court's dismissal
Judicial review of GA eligibility and payment level
Backpay of $834.00
Interest, costs, and any other relief deemed just and proper

## VI. EXHIBITS

Pg. 2

The following documents are attached as exhibits to support this appeal:

| Exhibit | Description |
|---------|-------------|
| A | Original Complaint filed in Tribal Court (Civ. #25-09-0082) |
| B | Motion and Order for Dismissal dated September 25, 2025 |
| C | Return of Service dated October 30, 2025 |
| D | Qualification for GA eligibility |
| E | Statement from Helen LaRoche confirming independent residence and rent |

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dustin Brian LaRoche

**DEFENDANTS**
Lower Brule Sioux Tribe Corporation

**(b)** County of Residence of First Listed Plaintiff  Lyman
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Lyman
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** 540 Mandamus & Other | **IMMIGRATION** | | |
| | 448 Education / 550 Civil Rights | 462 Naturalization Application | | |
| | 555 Prison Condition | 465 Other Immigration Actions | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
25 CFR § 20.303
Brief description of cause: Improper declaration of not qualifying head of household.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 834.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  11-6-25

SIGNATURE OF ATTORNEY OF RECORD  Dustin LaRoche

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Dustin LaRoche
PO Box 6
Lower Brule, SD
　　　57548

Clerk of Courts
PO Box 7147
U.S. Post office and Courthouse
225 South Pierre Street, Room 203
Pierre, SD
　　　57501

