# EXHIBIT A

## IN THE LOWER BRULE SIOUX TRIBAL COURT

Dustin Brian LaRoche,
    Plaintiff
 
Vs.
 
Lower Brule Sioux Tribe,
    Defendant

Civ.# 25-9-0082

**COMPLAINT**

### COMPLAINT FOR UNDERPAYMENT OF GENERAL ASSISTANCE BENEFITS AND IMPROPER ELIGIBILITY DETERMINATION

**1.) Parties**

Plaintiff is a resident of Lower Brule, South Dakota, and an enrolled member of the Lower Brule Sioux Tribe.

Defendant is a federally recognized tribal government administering the General Assistance program pursuant to 25 CFR Part 20 and funded in part by the Bureau of Indian Affairs (BIA).

**2.) Statement of Facts**

- Plaintiff began receiving General Assistance (GA) payments from the Tribe on December 6, 2023, at a rate of $210.00/month.
- On March 5, 2024, payments were adjusted to $488.00/month after Plaintiff was recognized as head of household.
- Plaintiff qualified as head of household under the federal Supplemental Nutrition Assistance Program (SNAP) as of October 1, 2021, prior to applying for GA benefits.
- Because both SNAP and GA are federally administered programs, Plaintiff's SNAP designation should have applied to GA eligibility from the outset.
- The payment discrepancy of $278.00/month over three months totals $834.00 in unpaid GA benefits.

**3.) Legal Claims**

- **Count I – Violation of 25 CFR § 20.303 (Eligibility Misclassification):** Defendant failed to properly evaluate Plaintiff's household composition and eligibility under federal GA standards, resulting in underpayment of benefits contrary to the Bureau Standard of Assistance.

- Count II – Breach of Administrative Duty under 25 CFR § 20.401: Defendant did not ensure accurate and timely determination of eligibility and payment level, as required by federal regulations governing tribal administration of GA programs.
- Count III – Failure to Apply Consistent Standards under 25 CFR § 20.100 et seq.: Defendant failed to apply consistent eligibility criteria and payment standards, resulting in unequal treatment and financial harm to Plaintiff.
- Count V – Improper Administration of General Assistance: Defendant failed to properly assess Plaintiff's eligibility for head of household status, resulting in underpayment of federally funded benefits.

4.) Federal Statutes and Policies Violated

- 25 CFR § 20.303 – Establishes eligibility criteria for General Assistance, including household status and concurrent application requirements.
- 25 CFR § 20.401 – Requires tribal programs to determine eligibility and payment levels in accordance with Bureau standards.
- 25 CFR § 20.100 et seq. – Defines terms and administrative obligations under the Financial Assistance and Social Services Programs.
- Public Law 104-193 – Establishes that Bureau GA standards must align with state TANF rates where applicable.
- 

5.) Relief Requested

Plaintiff respectfully requests the following relief:

- Back pay of $834.00 for underpaid General Assistance benefits.
- Interest on unpaid wages.
- Court costs and filing fees.
- Any other relief deemed just and proper.

I, Dustin LaRoche, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 1-3-25

Signature: 

Dustin LaRoche

Pg. 4

## EXHIBIT B

| | | |
|---|---|---|
| **LOWER BRULE SIOUX TRIBAL COURT** ) | | **IN TRIBAL COURT** |
| **LOWER BRULE SIOUX TRIBE** | ) : SS | |
| **LOWER BRULE SIOUX JURISDICTION** ) | | **CIVIL DIVISION** |

| | | |
|---|---|---|
| LBST General Assistance Benefits Program | ) | Civ. #  25-09-0082 |
| Plaintiff, | ) ) | |
| | ) | **MOTION and ORDER FOR DISMISSAL** |
| VS. | ) ) | |
| Dustin Brian LaRoche | ) ) | |
| Defendant. | ) | |

COMES NOW the above-named Plaintiff and moves this Court for an Order dismissing the Complaint filed in the above-entitled action on the following grounds: The Lower Brule Sioux Tribe General Assistance Benefits Program does not deal with LBL SNAP and the state of South Dakota Administers these programs. (SEE ATTACHED DOCUMENTS).

Dated this _____ day of _____ ,20___ .

_Marlene Crowe_
Plaintiff

### ORDER

**WHEREAS** this Court having been duly advised in these premises and upon good cause shown, **NOW, THEREFORE**

**IT IS HEREBY ORDERED** that the above-entitled and numbered case be and the same is hereby dismissed with prejudice.

Dated this 5th day of Sept, 2025.

BY THE COURT:

_____
**Tribal Court Judge**

ATTEST:

_____
Clerk of Courts
(SEAL)

LOWER BRULE SIOUX TRIBAL COURT
LOWER BRULE, SD
COUNTY OF LYMAN

_I hereby certify that I have carefully examined the within instrument and compared the same with the original now of record in my office and that this is a true and correct copy of the same and of the whole of a correct copy of the filing._

_Marlene Marshall_
Clerk of Court

LOWER BRULE SIOUX TRIBAL COURT )     IN TRIBAL COURT
LOWER BRULE SIOUX TRIBE          ) : SS
LOWER BRULE SIOUX JURISDICTION   )     CIVIL DIVISION

| | | |
|---|---|---|
| LBST General Assistance Benefits Program | ) | Civ. # 25-09-0082 |
| Plaintiff, | ) | |
| | ) | **MOTION and** |
| | ) | **ORDER FOR DISMISSAL** |
| vs. | ) | |
| Dustin Brian LaRoche | ) | |
| Defendant. | ) | |

COMES NOW the above-named Plaintiff and moves this Court for an Order dismissing the Complaint filed in the above-entitled action on the following grounds: The Lower Brule Sioux Tribe General Assistance Benefits Program does not deal with LBST SNAP and the state of South Dakota Administers these programs. (SEE ATTACHED DOCUMENTS)

Dated this _____ day of _____ , 20___ .

_Marlene Crouse_
Plaintiff

**ORDER**

WHEREAS this Court having been duly advised in these premises and upon good cause shown, NOW, THEREFORE

IT IS HEREBY ORDERED that the above-entitled and numbered case be and the same is hereby dismissed with prejudice.

Dated this 5th day of Sept , 2025 .

BY THE COURT:

_____
Tribal Court Judge

ATTEST:

_____
Clerk of Courts
(SEAL)

LOWER BRULE SIOUX TRIBAL COURT
LOWER BRULE, SD
COUNTY OF LYMAN

I hereby certify that I have carefully examined the within instrument and compared the same with the original now on file and of record in my office and that the same is a true and correct copy of the same and that the same is a true and correct copy of the filing

_Wendy Marshall_
Clerk of Court

Pg. 7

# EXHIBIT C

| LOWER BRULE SIOUX TRIBAL COURT ) | IN TRIBAL COURT |
|---|---|
| LOWER BRULE SIOUX TRIBE        ) : SS | |
| LOWER BRULE SIOUX JURISDICTION ) | CIVIL DIVISION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LBST General Assistance Benefits Program. )

            )  Civ.= 25-09-0082

          Plaintiff's.  )

Vs.  )

         )  **RETURN OF SERVICE**

Dustin Brian LaRoche,  )

         Respondents.  )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, the undersigned Officer, hereby certify that on the __30__ day of __OcToBer__ , 20_25_, I Served a True and Correct Copy of a Certified

Copy of Copies of **MOTION and ORDER FOR DISMISSAL**

Upon: **Dustin Brian LaRoche**

__DvsTiN Brian Lurche__ at the hour of _12:15_ o'clock, _P_.M., all in the above-entitled matter.

In the following manner:

__X__ 1.) Personal delivery of the above-mentioned document/s was made on the subject of this matter, __Residence__ ; or

_____ 2.) Service of the above-mentioned documents was made upon an adult member of the resident family, who was over the age of 14 years of age.

Dated this _30_ day of _OcToBer_ , 20_25_.

_____
Police Officer/Court Server

DL

## EXHIBIT D

### 7110 HEAD OF HOUSEHOLD

The SNAP head of household is the person in whose name application is made for participation in the program. Typically, it is the person who is the household's primary source of income.

The Benefits Specialist may designate the head of household or permit the household to do so. The Specialist should suggest persons serving as the TANF case head of household also be considered the head of household for the SNAP case. Do not impose additional requirements based on the classification of head of household, such as requiring that the head of household, rather than another responsible adult member of the household, appear at the certification office to make application for benefits. In the event that the head of household is unable to file the application, the spouse, another responsible household member, or an authorized representative may apply for the household.

### 7120 CHILDREN UNDER 18

A child under age 18 is considered under parental control of an adult household member if any adult household member is the child's legal guardian, managing conservator, or has legal custody of the child. The parental control test is not applied to a legally assigned foster child.

If none of these persons is a household member, consider the child under parental control of a member if:

   A.  Verification from the child's parent, guardian or conservator outside the household shows that the child is under a member's control; or
   B.  The household states that a member controls the child; or
   C.  The child is dependent upon the adult member for financial support.

   NOTE: The fact the minor child may or may not have a spouse or children does not change the financial dependency requirement.

### 7200 HOUSEHOLD DETERMINATION

The following explains who is and who is not included in the household.

   A.  A household may be composed of any of the following individuals or groups of individuals:

       1.  An individual living alone. Also, a group of people who live together and customarily purchase food and prepare meals together for home consumption.

       2.  An individual or group of people, who, while living with others, customarily purchase food and prepare meals for home consumption separate from the others.

       3.  An individual or group of individuals who are blind or disabled residents of an authorized Community Support Provider facility and who meet the definition of disabled.

       4.  An individual and their children, residing for the purpose of regular participation in a drug or alcohol treatment program at a facility or treatment center authorized to accept SNAP benefits.

Page | 101

Pg. 9

## EXHIBIT E

2/27/2023

My son Dustin LaRoche lives on our homesite located at 22909 Little Elk Lane, Lower Brule, SD 57548. He owns and lives in his own 1-bedroom camper trailer. It is equipped with its own kitchen and bath along with the 1 bedroom and living room area. He is required to pay $200.00 a month for rent. If you have any further questions or need more information, feel free to call me anytime at 605-208-0040.

Thank You

Helen LaRoche

*Title of camper needed and must have more water for utilities*
*Ellen Morten 3-1-23*

Pg. 10

Respectfully submitted,

Signed this _6_ day of _November_ , 2025

Signature of Plaintiff,
    Pro Se
Dustin Brian LaRoche
22909 Little Elk Lane
Lot B
Lower Brule, SD 57548