UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| DUSTIN BRIAN LAROCHE, | |
| Plaintiff, | 3:26-CV-03007-KES |
| vs. | JUDGMENT |
| LOWER BRULE SIOUX TRIBE CORPORATION, General Assistance Benefits Program, | |
| Defendant. | |

Based on the Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis and 1915 Screening, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant and against plaintiff, Dustin Brian LaRoche, and that plaintiff's claims are dismissed without prejudice.

Dated May 14, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE